# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **TROY ADAM SHADE,** | : | CIVIL NO. 1:16-CV-1635 |
| | : | |
| Plaintiff | : | (Chief Judge Conner) |
| | : | |
| v. | : | |
| | : | |
| **PENNSYLVANIA DEPARTMENT OF CORRECTIONS,** *et al.*, | : | |
| | : | |
| Defendants | : | |

## ORDER

AND NOW, this 16th day of April, 2020, upon consideration of the corrections defendants' motion (Doc. 102) for summary judgment, and in accordance with the memorandum issued this date, it is hereby ORDERED that:

1. The motion (Doc. 102) is GRANTED.

2. The Clerk of Court is directed to ENTER judgment in favor of all defendants, and against plaintiff. (See Doc. 97).

3. The Clerk of Court is further directed to CLOSE this case.

4. Any appeal from this order is DEEMED frivolous and not taken in good faith. See 28 U.S.C. § 1915(a)(3).

       /S/ CHRISTOPHER C. CONNER
       Christopher C. Conner, Chief Judge
       United States District Court
       Middle District of Pennsylvania